UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

ARTHUR VANMOOR,
Nieuwe Teertuinen
Amsterdam, Netherlands,

Case. No.:

Plaintiff,

vs.

**COMPLAINT**

ALEXA INTERNET
Presidio of San Francisco
Building 37, P.O. Box 29141
San Francisco, CA 94129-0141,

**JURY TRIAL REQUESTED**

Defendant.
_____/

Plaintiff, Arthur Vanmoor, sues Defendant, Alexa Internet, Inc. and alleges:

**Jurisdiction And Venue**

1. By this lawsuit, Plaintiff seeks damages of One Hundred Thousand Dollars ($100,000) against Defendant for defamation and slander.

2. Jurisdiction of this Court is invoked pursuant to the provisions of 28 U.S.C. §1332(a)(2) as Plaintiff is a citizen of the Netherlands and Defendant is a citizen of California.

3. Venue in this district is proper pursuant to the provisions of 28 U.S.C. §1391(a)(1) and §1391(c).

**Parties**

4. Plaintiff, Arthur Vanmoor is a resident and citizen of the Netherlands.

5. Defendant, Alexa Internet, Inc. is a corporation subject to the jurisdiction of the District of Columbia at the time this action is commenced pursuant to D.C. Code §13-423.

**General Allegations**

6. Defendant owns and/or operates a website found on the world wide web as "Alexa.com".

7. In December 2005, Plaintiff saw that Defendant listed Plaintiff as the contact person for two websites: "cancercure.org" and "cancercontrol.info". A copy of those pages are attached hereto.

8. Plaintiff advised Defendant by the e-mail procedures of Defendant of the error of that statement but Defendant refused to respond to Plaintiff's request that the contact information containing his name be changed.

9. Plaintiff has been associate with fraudulent activity by reference to the mis-statement concerning Plaintiff in Defendant's website. A copy of that association is attached hereto.

**First Claim for Damages**
**Defamation**

10. Plaintiff re-alleges paragraphs 1 through 10 and incorporates them herein by reference.

11. Defendant published a false statement about the Plaintiff, to wit, in sum and substance that Plaintiff was the contact person for "cancercure.org" and "cancercontrol.info".

12. Such false statement was published to a third party, the internet.

13. The falsity of the statement by Defendant caused injury to the Plaintiff by associating him with fraudulent activity and thereby tending to injure Plaintiff in his trade, profession or community standing, and/or lower him in the estimation of the professional community to which he belongs.

WHEREFORE, Plaintiff demands (i) damages against Defendant of One Hundred Thousand Dollars ($100,000), (ii) injunctive relief barring Defendant from publishing false statements about Plaintiff and (iii) costs and such other relief as the Court deems appropriate and just.

### Second Claim for Damages
### Reckless Misrepresentation

14. Plaintiff re-alleges paragraphs 1 through 10 and incorporates them herein by reference.

15. Defendant asserts a fact as of his own knowledge, to wit, that Plaintiff was the contact person for "cancercure.org" and "cancercontrol.info", without knowing whether it is true or false.

16. In fact, Plaintiff is not the contact person for "cancercure.org" and "cancercontrol.info".

17. As a result, Plaintiff had been damaged by Defendant's aforesaid reckless misrepresentation.

WHEREFORE, Plaintiff demands (i) damages against Defendant of One Hundred Thousand Dollars ($100,000), (ii) injunctive relief barring Defendant from publishing false statements about Plaintiff and (iii) costs and such other relief as the Court deems appropriate and just.

Plaintiff demands a Jury Trial on all issues so triable.

**MONTGOMERY BLAIR SIBLEY**
Counsel for Plaintiff
50 West Montgomery Avenue, Suite B-4
Rockville, Maryland 20850
(202) 508-3699 (Voice)
(202) 478-0371 (Telefax)

By:_____
    Montgomery Blair Sibley
    D.C. Bar #464488



**Web Search** | **Traffic Rankings** | **Website Directory**

cancercure.org    [Get Traffic Details]    Top 500 - Movers & Shakers



**EXPLORE THIS SITE**

- **Overview**
- Traffic Details
- Related Links

Sponsored Links (what's this?)

**Get More Traffic**
Advertise in 80+ search engines - Flat Fee - $12 or LESS.

**Remove Spyware!**
Anonymizer SpyWare Killer removes spyware, Web bugs, worms, adware, scripts, and more!

**Cancercure.org**
cancercure.org

Traffic Rank for cancercure.org:
**409,897**

**Share your thoughts**

Write a review on Amazon.com...

E-mail a friend about this site...

**People who visit this page also visit:**

Food and Drug Administration   fda.gov - Site info

Federal Bureau of Investigation   fbi.gov - Site info

▶ See more Related Links...

**Travel Back in Time!**



Use the Wayback Machine to see how Cancercure.org looked in the past.

**Site Stats for cancercure.org:**

- **Traffic Rank for cancercure.org:** **409,897**
- **Speed:** Average (54% of sites are faster), Avg Load Time: 2.0 Seconds (what's this?)
- **Other sites that link to this site:** No Data
- **Online Since:** 27-Aug-2004

▶ See Traffic Detail...

**Create a Website in Under 5 minutes!**
Make Money Online - Easy as pie. PayPal and 40+ tools built in. Bonus: FREE $50 Google Adwords Credit



Click for free Trial

**Contact Info for cancercure.org:**

**Arthur Vanmoor**
22 SE 4 St Nr.219
Boca Raton, FL
33432

US
+1 954 788 8656
Arthurvanmoor@hotmail.com

**People who visit this page also visit:**

There are no Related Links for this site. Is there a site you'd recommend that's related to this one? Let the world know! Visit our Related Link Suggestion Box.

**Site Stats for cancercontrol.info:**

- **Traffic Rank for cancercontrol.info:** **1,359,918**
- **Speed:** Not available (what's this?)
- **Other sites that link to this site:** No Data
- **Online Since:** 13-May-2005

▶ See Traffic Detail...

**Contact Info for cancercontrol.info:**

**Arthur Vanmoor**
22 SE 4 St Nr.219
Boca Raton, FL
33432

US
+1 954 788 8656
Arthurvanmoor@hotmail.com

**User Reviews for cancercontrol.info**

Be the first person to write a review of this site on Amazon.com!

- **I am familiar with this website and want to review it on Amazon.com.**
- E-mail a friend about this site.
- Correct errors and omissions in this listing.

Make Alexa Your Homepage! | About Alexa | Alexa in the News! | Download the Alexa Toolbar | Help

Privacy Policy | Terms of Use

© 1996-2004, Alexa Internet, Inc.

An amazon.com. company

## CancerDecisions Newsletter Archives

For December 18, 2005

## A NEW SPECIAL REPORT FROM RALPH W. MOSS, PhD

### HERCEPTIN – OR DECEPTIN?

Two studies published in October 2005 in the *New England Journal of Medicine* have sparked a triumphant reaction from both the media and the medical profession. The studies indicated that the addition of the drug Herceptin (trastuzumab) to standard therapy reduced the recurrence rate in some kinds of breast cancer.

The mainstream media gushed superlatives. These were "pivotal" results, we were told, offering "fresh" and "new" hope. Herceptin was an "amazingly" or "astonishingly" effective…wonder drug." On the *ABC Evening News* (Oct. 19, 2005), correspondent (now co-anchor) Elizabeth Vargas went moist-eyed as she described the Herceptin studies as a "major breakthrough."

The orthodox medical profession, traditionally averse to outbursts of hyperbole, lost all sense of proportion. Adjectives such as "revolutionary," "stunning," and "jaw-dropping" were used by some doctors to describe the latest findings. Even the word "cure" - long taboo in oncology circles - suddenly re-emerged.

I have now written a special report on the use of Herceptin in breast cancer therapy. This report, '**Herceptin – Or Deceptin?**' analyses the latest studies and sheds light on the question of the drug's risks and benefits in the treatment of breast cancer. I also discuss the latest findings from the San Antonio Breast Cancer Symposium (December 2005). My overall conclusion is that while the latest findings do represent an advance in the treatment of a minority of women with early-stage breast cancer, it is a modest and qualified advance, and one which falls far short of the promotional hype that has been unleashed by the publication of these studies.

Some of the topics covered in this 19-page, fully documented report include:

- The crucial difference between 'relative risk' and 'absolute risk' and how that difference has been used to exaggerate the importance of the Herceptin findings.
- The difference between disease-free survival and overall survival and why a focus on 'disease-free survival' can obscure the weak performance of a treatment.
- What did these studies really show about overall survival, and in particular what is surprisingly revealed in one of the charts on survival?
- What life-threatening complication is seen so often that it reduces the actual benefit of Herceptin to almost nothing?
- Which other standard drugs—already received by a majority of breast cancer patients—increase the potentially fatal adverse effects of Herceptin?
- Why patients over 50 years of age are harmed more and benefited less by

  Herceptin? Why patients in community clinics are unlikely to benefit as much as those in clinical trials?
- Why did doctors stop this clinical trial early, before the full effects of Herceptin and other treatments had a chance to fully play themselves out?
- What are some of the other drawbacks of Herceptin? Why does this 'targeted' drug, touted as a nontoxic miracle, routinely cause serious adverse effects in over 40 percent of patients?
- Which of the researchers currently promoting Herceptin as a cure for breast cancer are financially entangled with the manufacturers of this drug?
- Which famous medical journal has also criticized the hyping of Herceptin?

Here is what Michael Janson, MD, past president of both the American College for Advancement in Medicine (ACAM) and the American Preventive Medical Association (APMA) has to say about this special report:

"Dr. Moss has once again cut through the hype of medical research and media reports with a keen, objective analysis that presents the true picture of scientific results regarding the latest 'miracle' in cancer therapy. He reveals the hollow core of the recent medical reports on Herceptin, showing that it is not what has been claimed, and that the statistics were manipulated to make it seem far better than it is, while underplaying the potential risks. The conflict of interest among the authors that he notes is a danger to honest researchers and to the public who might mistakenly take this drug (and many others) in inappropriate situations. Let's hope that his analysis gets wide attention."

To order this special report on Herceptin please click or go to:

**https://webssl.cancerdecisions.com/list/optin.php?form_id=24**

**ERRATUM:** On page 5 of "Herceptin -- Or Deceptin," Dr. Peter R. Mansfield's Web site is given as www.friendlyskepticism.org. It should actually be www.healthyskepticism.org. We are in the process of correcting this error in the text itself.

**CONTINUING THE STORY OF THE "CANCER CURE" HOAX: WHO'S BEHIND IT?**

"Miracle cure" scams are unfortunately not at all uncommon in the field of cancer, but the arrival of the Internet has made such fraud a great deal easier to perpetrate. Last week I began a discussion of an Internet scam that is as memorable for its ingenuity as it is for its ruthlessness. This week continue my discussion of this ugly hoax.

Who then is behind this ingenious but outrageous scam? It is clearly a person with a vivid imagination and no scruples about deceiving and misleading desperate cancer patients.

There are few hints at the Web site. The owner of the Web site is listed as a company known as Flu-Fighter Laboratories of Boca Raton, FL. This obscure company manufactures a similarly dubious treatment for influenza. The massive Whois.org database yields no information about the owner of the Web site. But at Alexa.com, a Web research tool owned by Amazon, Inc., there is a strong hint: the contact person for www.cancercure.org is listed as Arthur Vanmoor, 22 SE 4 St Nr. 219, Boca Raton, Florida.

There is in fact an Arthur Vanmoor who is well known to law enforcement officials in the Broward County area. He describes himself as an inventor, some of whose patents include the medical use of amino acids (United States Patent 5707967), similar in nature to this cancer "cure." He also has patented such diverse items as high blood pressure cures, menstrual cramp remedies, sulfur-based compounds to enhance one's immune system, a bone cement injector gun and a male chastity belt.

In January, 2004, the *New Times* newspaper, which covers Broward County and Palm Beach, ran a very fascinating article on Mr. Vanmoor's sojourn in the United States, including his alleged occupation:

**http://www.newtimesbpb.com/issues/2004-01-29/news/feature.html**

**TO BE CONTINUED NEXT WEEK**



*--**Ralph W. Moss, Ph.D.***

*\*\*NOTE\*\** To view this page in a more printable format, please **CLICK HERE**.

## IMPORTANT DISCLAIMER

The news and other items in this newsletter are intended for informational purposes only. Nothing in this newsletter is intended to be a substitute for professional medical advice.

CancerDecisions®
PO Box 1076, Lemont, PA 16851
Phone Toll Free: 800-980-1234 | Fax: 814-238-5865
**Copyright ©** 1996-2006 All Rights Reserved

