Honorable Ricardo M. Urbina

## UNITED STATES DISTRICT COURT

## DISTRICT OF COLUMBIA

ARTHUR VANMOOR,

                Plaintiff,

  v.

ALEXA INTERNET,

                Defendant.

No. CV 06-00051 RMU

NOTICE OF APPEARANCE OF ALEXA INTERNET

     PLEASE TAKE NOTICE that defendant Alexa Internet, without waiving objections as to improper service or jurisdiction, enters this appearance in the above-entitled action. You are requested to serve all further papers and proceedings in this action, except original process, on the attorneys listed below.

DATED this 9th day of February, 2006.

                Preston Gates Ellis & Rouvelas Meeds LLP

                By _____/s/_____

                Brian K. McCalmon, DC Bar #461196
                1735 New York Ave. NW, Suite 500
                Washington, DC 20006-5221
                Phone: (202) 628-1700
                Fax: (202) 331-1024
                E-mail: brianm@prestongates.com

                Philip M. Guess
                Theodore J. Angelis
                PRESTON GATES & ELLIS LLP
                925 Fourth Avenue, Suite 2900
                Seattle, WA 98104
                Phone: (206) 623-7580
                Fax: (206) 623-7022

                Attorneys for Defendant Alexa Internet