UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

ARTHUR VANMOOR,

          Plaintiff,

vs.

ALEXA INTERNET

          Defendant.
_____/

Case. No.:06-00051 RMU

**ANSWER TO COUNTERCLAIMS OF DEFENDANT**

Plaintiff, Arthur Vanmoor, answers Defendant, Alexa Internet, Inc.'s counterclaim and admits, denies, and alleges as follows:

1. Denied.

2. Admitted.

3. Denied.

4. Denied except admits that at one time Plaintiff was listed in the Whois Database as a registrant of the subject websites.

5. Denied except admits that Plaintiff was sued as alleged.

6. Denied except admits that there is such an order which speaks for itself.

7. Denied except admits the pleading and orders in the referenced lawsuit speak for themselves.

8. Denied except admits the pleadings, orders and transcripts of the referenced lawsuit speaks for itself.

9. Denied except admits the pleadings, orders and transcripts of the referenced lawsuit speaks for itself.

10. Denied accept admits that the relevant docket sheets speak for themselves.

11. Denied accept admits that the relevant docket sheets speak for themselves.

12. Denied.

13. Denied.

14. Plaintiff is unable to answer this allegation as to do so would violate the settlement privilege.

15. Plaintiff re-states its answer to paragraphs 1-14.

16. Denied.

17. Denied.

18. Denied.

Plaintiff demands a Jury Trial on all issues so triable.

**MONTGOMERY BLAIR SIBLEY**
Counsel for Plaintiff
50 West Montgomery Avenue, Suite B-4
Rockville, Maryland 20850
(202) 508-3699 (Voice)
(202) 478-0371 (Telefax)

By:_____
 Montgomery Blair Sibley
 D.C. Bar #464488