Honorable Ricardo M. Urbina

UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | |
|---|---|
| ARTHUR VANMOOR,<br><br>                    Plaintiff,<br><br>   v.<br><br>ALEXA INTERNET, INC.,<br><br>                Defendant. | No. CV 06-00051 RMU<br><br>MOTION FOR *PRO HAC VICE*<br>ADMISSION PURSUANT TO<br>LCvR 83.2(d) |

Defendant Alexa Internet, Inc., through its attorneys, Brian K. McCalmon of Preston Gates Ellis Rouvelas Meeds LLP, moves the Court for an order allowing Philip M. Guess and Theodore J. Angelis to appear in the above-captioned matter pro hac vice.  Defendant relies on the attached Declarations of Philip M. Guess and Theodore J. Angelis, and LCvR 83.2(d).

DATED this 25th day of April, 2006.

PRESTON GATES ELLIS & ROUVELAS MEEDS LLP

By    /s/ Brian K. McCalmon
    Brian K. McCalmon, DC Bar #461196
1735 New York Ave. NW, Suite 500
Washington, DC  20006-5221
Phone:  (202) 628-1700
Fax:  (202) 331-1024
E-mail:  brianm@prestongates.com

Attorneys for Defendant Alexa Internet

Honorable Ricardo M. Urbina

UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | |
|---|---|
| ARTHUR VANMOOR,<br><br>                   Plaintiff,<br><br>    v.<br><br>ALEXA INTERNET, INC.,<br><br>                  Defendant. | No. CV 06-00051 RMU<br><br>DECLARATION OF THEODORE J. ANGELIS IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION PURSUANT TO LCvR 83.2(d) |

I, Theodore J. Angelis, make the following declaration pursuant to 28 U.S.C. § 1746:

1.     I make this declaration upon personal knowledge and am competent to testify to the facts set forth herein.

2.     I am an attorney at Preston Gates & Ellis, LLP, and counsel for Alexa Internet, Inc. My office address is 925 Fourth Avenue, Suite 2900, Seattle, Washington, 98104-1158; telephone number: (206) 623-7580.

3.     I am a member of the Washington State Bar Association, No. 30300. I am also admitted to the Bar of the U.S. District Court for the Western District of Washington, and U.S. Court of Appeals for the Ninth Circuit.

4.     I certify that I have not been disciplined by any bar.

5.     I have never previously been admitted *pro hac vice* in this Court.

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

6.   I do not engage in the practice of law from an office located in the District of Columbia, am not a member of the District of Columbia Bar, nor do I have an application for membership pending.

7.   The name, address and telephone number of the sponsoring attorney of record for defendant Alexa Internet, Inc. is:

> Brian K. McCalmon, DC Bar #461196
> Preston Gates Ellis & Rouvelas Meeds LLP
> 1735 New York Ave. NW, Suite 500
> Washington, DC 20006-5221
> Phone: (202) 628-1700
> Fax: (202) 331-1024

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 25th day of April, 2006, at Seattle, Washington

THEODORE J. ANGELIS
Preston Gates & Ellis
925 Fourth Ave., Suite 2900
Seattle, WA 98104-1158
Phone : (206) 623-7580
Fax: (206) 623-7022

ANGELIS DECL. IN SUPPORT OF MOTION
FOR *PRO HAC VICE* ADMISSION
PURSUANT TO LCvR 83.2(d) - 2
CASE NO. CV06-00051 RMU

K:\40741\00151\TJA\TJA_P23JD

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Honorable Ricardo M. Urbina

1

2

3

4

5

6

7                UNITED STATES DISTRICT COURT

8                   DISTRICT OF COLUMBIA

9  ARTHUR VANMOOR,

                                              No. CV 06-00051 RMU
10                             Plaintiff,

11     v.                                     DECLARATION OF PHILIP M.
                                              GUESS IN SUPPORT OF MOTION
   ALEXA INTERNET, INC.,                      FOR *PRO HAC VICE* ADMISSION
12                                            PURSUANT TO LCvR 83.2(d)
                               Defendant.
13

14

15     I, Philip M. Guess, make the following declaration pursuant to 28 U.S.C. § 1746:

16     1.      I make this declaration upon personal knowledge and am competent to testify

17  to the facts set forth herein.

18     2.      I am a partner at Preston Gates & Ellis, LLP, and counsel for Alexa Internet,

19  Inc. My office address is 925 Fourth Avenue, Suite 2900, Seattle, Washington, 98104-1158;

20  telephone number: (206) 623-7580.

21     3.      I am a member of the Washington State Bar Association, No. 26765, and I am

22  a member of the State Bar of California, No. 168133. I am also admitted to the Bar of the

23  following courts: U.S. District Court for the Western District of Washington; U.S. District

24  Court for the Northern District of California, and U.S. Court of Appeals for the Ninth Circuit.

25     4.      I certify that I have not been disciplined by any bar.

26
GUESS DECL. IN SUPPORT OF MOTION
FOR *PRO HAC VICE* ADMISSION
PURSUANT TO LCvR 83.2(d) - 1
CASE NO. CV06-00051 RMU
K:\40741\00151\PMG\PMG_P221N

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

5.      I have never previously been admitted *pro hac vice* in this Court.

6.      I do not engage in the practice of law from an office located in the District of Columbia, am not a member of the District of Columbia Bar, nor do I have an application for membership pending.

7.      The name, address and telephone number of the sponsoring attorney of record for defendant Alexa Internet, Inc. is:

> Brian K. McCalmon, DC Bar #461196
> Preston Gates Ellis & Rouvelas Meeds LLP
> 1735 New York Ave. NW, Suite 500
> Washington, DC 20006-5221
> Phone: (202) 628-1700
> Fax: (202) 331-1024

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this ___ day of April, 2006, at Seattle, Washington

PHILIP M. GUESS
Preston Gates & Ellis
925 Fourth Ave., Suite 2900
Seattle, WA 98104-1158
Phone : (206) 623-7580
Fax: (206) 623-7022

GUESS DECL. IN SUPPORT OF MOTION
FOR *PRO HAC VICE* ADMISSION
PURSUANT TO LCvR 83.2(d) - 2
CASE NO. CV06-00051 RMU

K:\40741\00151\PMG\PMG_P221N

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Honorable Ricardo M. Urbina

UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ARTHUR VANMOOR, | | No. CV 06-00051 RMU |
| | Plaintiff, | |
| v. | | ORDER GRANTING *PRO HAC VICE* ADMISSION PURSUANT TO |
| ALEXA INTERNET, INC., | | LCvR 83.2(d) |
| | Defendant. | (PROPOSED) |

THIS MATTER comes before the Court based on Defendant Alexa Internet, Inc.'s

Motion for Admission *Pro Hac Vice* and supporting declarations of Philip M. Guess and

Theodore J. Angelis.  The Court being fully advised;

IT IS HEREBY ORDERED that Philip M. Guess and Theodore J. Angelis are allowed

admission to practice before this Court *Pro Hac Vice* in this action.

DATED this _____ day of _____, 2006.


_____
JUDGE


PRESTON GATES ELLIS
  & ROUVELAS MEEDS LLP


By____/s/ Brian K. McCalmon_____
    Brian K. McCalmon, DC Bar #461196
1735 New York Ave. NW, Suite 500
Washington, DC  20006-5221
Phone:  (202) 628-1700
Fax:  (202) 331-1024
E-mail:  brianm@prestongates.com

Attorneys for Defendant Alexa Internet


*ORDER GRANTING PRO HAC VICE*
ADMISSION PURSUANT TO LCvR 83.2(d) - 1
CASE NO. CV06-00051 RMU