UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

ARTHUR VANMOOR,

              Plaintiff,

vs.

ALEXA INTERNET

              Defendant.
_____/

Case. No.:06-00051 RMU

**NOTICE OF VOLUNTARY DISMISSAL**

     Plaintiff, Arthur Vanmoor, by and through his undersigned counsel, hereby gives notice of the voluntary dismissal of this suit pursuant to Rule 41, Federal Rules of Civil Procedure and withdrawal of the complaint in this matter pursuant to Defendant's demand made under Rule 11, Federal Rules of Civil Procedure.

### CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a true and accurate copy of the foregoing was provided pursuant to U.S. Mail and/or pursuant to LcvR 5.4(d) upon Brian K. McCalmon, 1735 New York Ave. NW, Suite 500, Washington, DC 20006-5221 this May 11, 2006.

**MONTGOMERY BLAIR SIBLEY**
Counsel for Plaintiff
50 West Montgomery Avenue, Suite B-4
Rockville, Maryland 20850
(202) 508-3699 (Voice)
(202) 478-0371 (Telefax)

By: /s/ Montgomery Blair Sibley
     Montgomery Blair Sibley
     D.C. Bar #464488