Honorable Ricardo M. Urbina

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| ARTHUR VANMOOR,<br><br>                    Plaintiff,<br><br>     v.<br><br>ALEXA INTERNET, INC.,<br><br>                    Defendant. | Civil Action No. CV 06-00051 RMU |

**ALEXA INTERNET, INC.'S MOTION FOR
VOLUNTARY DISMISSAL OF COUNTERCLAIM**

Defendant Alexa Internet, Inc. ("Alexa Internet") moves the Court pursuant to Fed. R. Civ. P. 41(c) for voluntary dismissal without prejudice of its counterclaim against plaintiff Arthur Vanmoor ("Mr. Vanmoor").  On May 11, 2006, Mr. Vanmoor filed a Notice of Dismissal of his claims against Alexa Internet and withdrew his complaint pursuant to Alexa Internet's demand under Fed. R. Civ. P. 11.  Pursuant to Fed. R. Civ. P. 41(c), Alexa Internet now seeks to dismiss its counterclaim against Mr. Vanmoor without prejudice.  Each party shall bear its own fees and costs.

ALEXA INTERNET, INC.'S MOTION
FOR VOLUNTARY DISMISSAL OF
COUNTERCLAIM - 1
CASE NO. CV06-00051 RMU

A proposed order is submitted herewith.

Respectfully submitted,

By  /s/ Brian K. McCalmon
   Brian K. McCalmon, DC Bar #461196
PRESTON GATES ELLIS &
ROUVELAS MEEDS LLP
1735 New York Ave. NW, Suite 500
Washington, DC  20006-5221
Phone:  (202) 628-1700
Fax:  (202) 331-1024
E-mail:  brianm@prestongates.com

Philip M. Guess
Theodore J. Angelis
PRESTON GATES & ELLIS LLP
925 Fourth Avenue, Suite 2900
Seattle, WA  98104
Phone:  (206) 623-7580
Fax:  (206) 623-7022

Attorneys for Defendant Alexa Internet

Dated: this 7th day of June, 2006.

ALEXA INTERNET, INC.'S MOTION
FOR VOLUNTARY DISMISSAL OF
COUNTERCLAIM - 2
CASE NO. CV06-00051 RMU