Honorable Ricardo M. Urbina

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

ARTHUR VANMOOR,

          Plaintiff,

v.

ALEXA INTERNET, INC.,

          Defendant.

Civil Action No. CV 06-00051 RMU

**NOTICE OF FILING**

Defendant Alexa Internet, Inc. ("Alexa Internet") submits the attached Proposed Order granting Alexa Internet's Motion For Voluntary Dismissal Of Counterclaim filed on June 7, 2006.

        Respectfully submitted,

By    /s/ Brian K. McCalmon
    Brian K. McCalmon, DC Bar #461196
PRESTON GATES ELLIS &
ROUVELAS MEEDS LLP
1735 New York Ave. NW, Suite 500
Washington, DC  20006-5221
Phone:  (202) 628-1700
Fax:  (202) 331-1024
E-mail:  brianm@prestongates.com

Philip M. Guess
Theodore J. Angelis
PRESTON GATES & ELLIS LLP
925 Fourth Avenue, Suite 2900
Seattle, WA  98104
Phone:  (206) 623-7580
Fax:  (206) 623-7022

Attorneys for Defendant Alexa Internet

Dated: this 7th day of June, 2006.

Honorable Ricardo M. Urbina

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| ARTHUR VANMOOR, <br><br> Plaintiff, <br><br> v. <br><br> ALEXA INTERNET, INC., <br><br> Defendant. | Civil Action No. CV 06-00051 RMU |

**ORDER GRANTING ALEXA INTERNET, INC.'S MOTION FOR
VOLUNTARY DISMISSAL OF COUNTERCLAIM**

THIS MATTER having come on before the Court on Defendant Alexa Internet,

Inc.'s Motion for Voluntary Dismissal of Counterclaim, and the Court having considered

the motion and the papers previously filed in this action, now, therefore, it is hereby

ORDERED that this matter is dismissed without prejudice.

ALEXA INTERNET, INC.'S ORDER OF
DISMISSAL OF COUNTERCLAIM - 1
CASE NO. CV06-00051 RMU

DONE IN OPEN COURT this _____ day of _____, 2006.

                                                                                               _____
                                                                                               Honorable Ricardo M. Urbina

Presented By:

By____/s/ Brian K. McCalmon_____
   Brian K. McCalmon, DC Bar #461196
PRESTON GATES ELLIS &
ROUVELAS MEEDS LLP
1735 New York Ave. NW, Suite 500
Washington, DC  20006-5221
Phone:  (202) 628-1700
Fax:  (202) 331-1024
E-mail:  brianm@prestongates.com

Philip M. Guess
Theodore J. Angelis
PRESTON GATES & ELLIS LLP
925 Fourth Avenue, Suite 2900
Seattle, WA  98104
Phone:  (206) 623-7580
Fax:  (206) 623-7022

Attorneys for Defendant Alexa Internet

ALEXA INTERNET, INC.'S ORDER OF
DISMISSAL OF COUNTERCLAIM - 2
CASE NO. CV06-00051 RMU